UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD SATISH EMRIT** | **CIVIL ACTION** |
| VERSUS | NO. 25-297-JWD-RLB |
| **WORLD INTELLECTUAL PROPERTY ORGANIZATION, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 8, 2025 (Doc. 5), to which no objection was filed;

**IT IS ORDERED** that Plaintiffs' entire case is DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 28, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
 **UNITED STATES DISTRICT COURT**
 **MIDDLE DISTRICT OF LOUISIANA**